W. F. COLLINS, ALIAS W. F. CARR, v. THE STATE.

No. 1997. Decided June 28, 1912.

**Incest—Statement of Facts—Presumption—Charge of Court.**

In the absence of a statement of facts, if the indictment is valid, and the charge of the court submits the offense charged in the indictment, it will be presumed that the court charged the law and all the law applicable to the evidence adduced. Following Banks v. State, 24 Texas Crim. App., 559, and other cases.

Appeal from the District Court of Williamson. Tried below before the Hon. Chas. A. Wilcox.

Appeal from a conviction of incest; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

*Chas. L. Harty,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was convicted of incest and his punishment assessed at ten years confinement in the penitentiary.

There is no statement of facts accompanying the record, and no bills of exceptions contained therein. Under such circumstances, if the indictment is valid, and the charge of the court submits the offense charged in the indictment, we will presume that the court charged the law and all the law applicable to the evidence adduced. Banks v. The State, 24 Texas Crim. App., 559, and cases cited in section 846 in White's Ann. Code of Crim. Proc. .

The judgment is affirmed.

*Affirmed.*